# Court of Appeals
# of the State of Georgia

ATLANTA,  August 20, 2020

*The Court of Appeals hereby passes the following order:*

**A21D0016. IN THE INTEREST OF C. L. W., A CHILD.**

The uncle and former custodian of minor child C. L. W. has filed an application for discretionary review of the juvenile court's order finding C. L. W. to be dependent and awarding temporary custody of the child to his foster parents. No application is required,  however, because the juvenile court's order is directly appealable.

This case is a dependency proceeding, and although a domestic relations order or an order terminating parental rights is subject to the discretionary appeal procedures, a dependency finding may be appealed directly. See OCGA § 5-6-35 (a) (2) & (12); *In the Interest of J. P.*, 267 Ga. 492, 493 (480 SE2d 8) (1997) (deprivation/dependency cases do not fall within the purview of OCGA § 5-6-35 (a) (2) and therefore are directly appealable); *In the Interest of W. P. B.*, 269 Ga. App. 101, 101 (1) (603 SE2d 454) (2004). This includes interlocutory orders in dependency cases deciding temporary custody of children. See *In the Interest of S. J.*, 270 Ga. App. 598, 608 (1) (a), (b) (607 SE2d 225) (2004) (interim order within a dependency/deprivation proceeding that decides temporary custody of the child is a "final order" within the meaning of OCGA § 5-6-34 (a) (1) and may be appealed directly). The uncle, therefore, was not required to file a discretionary application in this case.

We will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED.  The applicant shall have ten days from the date of this order to file a notice of appeal with the juvenile court. If, however, he has already filed a notice of appeal, he need not file a second notice. The clerk of the juvenile

court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __08/20/2020__
    *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*